_____

No. 96-1948
_____

United States of America,          *
                                   *
          Appellee,                *
                                   *   Appeal from the United States
     v.                            *   District Court for the
                                   *   Western District of Arkansas.
Cody Donald Fitzwater,             *
                                   *        [UNPUBLISHED]
          Appellant.               *

_____

Submitted:  July 19, 1996

Filed:  August 6, 1996
_____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.

_____

PER CURIAM.


     Cody Fitzwater pleaded guilty to knowingly and intentionally
manufacturing marijuana, in violation of 21 U.S.C. § 841(a)(1).  At
sentencing, the district court[1] denied Fitzwater's motion for a downward
departure under U.S.S.G. §§ 5K2.0 or 5K2.11, p.s., and sentenced him to
five months imprisonment followed by two years supervised release, the
first five months of which are to be served in home confinement.  Fitzwater
appeals.


     The district court's statements at sentencing clearly indicate that
it did not find departure warranted by the facts of this case.  Thus, its
refusal to depart was an unreviewable exercise of


_____

    [1]The Honorable H. Franklin Waters, Chief Judge, United States
District Court for the Western District of Arkansas.

discretion.  See United States v. Rawe, 21 F.3d 850, 852 (8th Cir. 1994) (per curiam).  Accordingly, we affirm.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.